# UNITED STATES DISTRICT COURT
for
## WESTERN DISTRICT OF TENNESSEE

03-20073

FILED BY _____ D.C.

U.S.A. vs. Jonathan Talley

Docket No. 2:03CR20073-01

### Petition on Probation and Supervised Release

**COMES NOW** Edward E. Shaw **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Jonathan Talley who was placed on supervision by the Honorable Jon Phipps McCalla, sitting in the Court at Memphis, TN on the 9th day of October 2003 who fixed the period of supervision at three (3) years * and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall participate in Home Detention for a period of four (4) months [Completed]..
2. The defendant shall seek and maintain employment.

* Supervised Release commenced on May 2, 2004.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

In response to the defendant's recent arrest for Domestic Assault and Public Intoxication, and his status as a state sex offender, the defendant has agreed as indicated by his signature on the attached Probation Form 49 (Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision), to the Court imposing additional Special Conditions, which state:

> The defendant is required to submit as directed by the Probation Officer to mental health and sex offender assessment/treatment. The assessment and treatment may include the use of testing and polygraph to assist in planning and case monitoring. Any refusal to submit to such assessment or tests as scheduled is a violation of the conditions of supervision. The defendant shall waive all rights to confidentiality regarding sex offender and/or mental health treatment in order to allow release of information to the U.S. Probation Officer and to authorize open communication between the Probation Officer and the treatment provider.

> The defendant shall participate in a program which may include inpatient therapy for treatment of drug/alcohol dependency, including testing to determine if you have reverted to the use of drugs/alcohol. The defendant shall also abstain from the use of drugs/alcohol during and after the course of treatment.

**PRAYING THAT THE COURT WILL ORDER** that the conditions of the defendant's Supervised Release be modified by the addition of Special Conditions as indicated above.

### ORDER OF COURT

Considered and ordered this 31 day of May, 2005 and ordered filed and made a part of the records in the above case.

_____
United States District Judge

Respectfully,

_____
Edward E. Shaw, U. S. Probation Officer
Electronic Monitoring Specialist

Place: Memphis, Tennessee

Date: May 16, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-1-05

# United States District Court

## WESTERN District of TENNESSEE

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

*The defendant is required to submit as directed by the Probation Officer to mental health and sex offender assessment/treatment. The assessment and treatment may include the use of testing and polygraph to assist in planning and case monitoring. Any refusal to submit to such assessment or tests as scheduled is a violation of the conditions of supervision. The defendant shall waive all rights to confidentiality regarding sex offender mental health treatment in order to allow release of information to the U.S. Probation Officer and to authorize open communication between the Probation Officer and the treatment provider.*

and:

*You shall participate in a program which may include inpatient therapy for treatment of drug/alcohol dependency, including testing to determine if you have reverted to the use of drugs/alcohol. You shall also abstain from the use of drugs/alcohol during and after the course of treatment.*

Witness: _____
Edward E. Shaw
U.S. Probation Officer

Signed: _____
Jonathan Talley
Probationer/Supervised Releasee

5-11-05
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:03-CR-20073 was distributed by fax, mail, or direct printing on June 1, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT