AO 245 S (Rev. 4/90)(N.D.Ala. rev.) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
# Western District of Tennessee

UNITED STATES OF AMERICA
    Plaintiff,

VS.                                                    Case Number 2:03CR20073-01-Ml

JONATHAN TALLEY
    Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
**(For Offenses Committed On or After November 1, 1987)**

    The defendant, Jonathan Talley, was represented by Edwin Perry, Esq.

    It appearing that the defendant, who was convicted on October 9, 2003, in the above styled cause and was placed on Supervised Release for a period of three (3) years, has violated the terms of Supervised Release.

    It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be REVOKED and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of eleven (11) months.

    Restitution and other monetary penalties remain as previously imposed.

    The defendant shall report to a facility at the United States Bureau of Prisons as designated by the United States Marshal.

    Signed this the 14th day of August, 2006.

                                                                           s/Jon Phipps McCalla
                                                             UNITED STATES DISTRICT JUDGE

<u>Defendant's SS No.: xxx-xx-4581</u>
<u>Defendant's Date of Birth: 1980</u>
<u>U.S. Marshal No.: 18926-076</u>
<u>Defendant's Mailing Address: Memphis, TN</u>